IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK COON,<br><br>        Defendant. | 4:00CR3067<br><br>**MEMORANDUM AND ORDER** |

The defendant's motion, (Filing No. 52), is granted, and the defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for March 21, 2013 at 12:00 p.m. (noon)

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

    a. The defendant shall participate in an intensive outpatient treatment program at Lighted Path in Seward, Nebraska and begin such treatment immediately upon being released from custody.

    b. The defendant shall reside with his brother, Andrew Templeton, at his brother's house in David City, Nebraska.

March 4, 2013.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge